

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:     01-13-00168-CR

Trial Court Cause
Number:     1239111

Style:     Carl Edmond Yancy

     **v** The State of Texas

Date motion filed*:     August 6, 2014

Type of motion:     Extension of Time to File Motion for Rehearing

Party filing motion:     Appellant

Document to be filed:     Motion for Rehearing

Is appeal accelerated? ☐ Yes   ☐ No

If motion to extend time:

     Original due date:     August 8, 2014

     Number of previous extensions granted:     0

     Date Requested:     August 23, 2014

Ordered that motion is:

     ☒   Granted

          If document is to be filed, document due:  August 25, 2014

          ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

     ☐   Denied

     ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐   Other: _____

Judge's signature: /s/ Terry Jennings
          ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: August 14, 2014